IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>STATE OF ILLINOIS, ex rel.<br>Attorney General JAMES E. RYAN,<br><br>Plaintiffs,<br><br>v.<br><br>MERCANTILE MORTGAGE COMPANY, INC.,<br>an Illinois corporation,<br><br>BRAN SILVEOUS, and RONALD NOBLE,<br>individually and as officers of the<br>corporation,<br><br>Defendants. | Civil Action No. 02C-5079 (RAG)<br><br>Judge Guzman |

### NOTICE OF JOINT MOTION FOR ENTRY OF
### STIPULATED FINAL JUDGMENT AND ORDER

TO THE HONORABLE RONALD A. GUZMAN, UNITED STATES DISTRICT COURT

JUDGE:

PLEASE TAKE NOTICE that on Tuesday, August 6, at 9:30 a.m., in Courtroom Number

1219 of the United States District Court for the Northern District of Illinois, located at 219 South

Dearborn Street, Chicago, Illinois 60604, the parties will, and hereby do, move for entry of the

Stipulated Final Judgment and Order.



Dated: July 29, 2002

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

PATRICK J. FITZGERALD
United States Attorney
Northern District of Illinois

By: _____
Assistant United States Attorney
219 S. Dearborn Street, 5th floor
Chicago, Illinois 60604

FEDERAL TRADE COMMISSION

WILLIAM E. KOVACIC
General Counsel

_____
John A. Krebs, Attorney
Allison I. Brown, Attorney
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3224 (phone)
(202) 326-2558 (facsimile)

FOR THE STATE OF ILLINOIS:

JAMES E. RYAN
Attorney General of Illinois

_____
Charles G. Fergus, Chief, Consumer Fraud Bureau
Stanley Wojciechowski, Assistant Attorney General
Office of the Attorney General
100 W. Randolph Street
Chicago, IL 60601
(312) 814-8435 (phone)

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

RICHARD A. HAUSER
General Counsel

_____
John P. Kennedy, Associate General Counsel
Peter S. Race, Assistant General Counsel
Barton Shapiro, Attorney
Office of Program Compliance
Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

2

FOR DEFENDANTS:

_____
Mark L. Rosenberg
Attorney for Defendants
Mercantile Mortgage Company, Inc.
Bran Silicous
Ronald Noble
Law Offices of Mark L. Rosenberg
6917 Arlington Road, Suite 301
Bethesda, MD 20814
(301) 913-0077 (phone)
(301) 652-0223 (facsimile)

3

FROM : PHONE NO. :

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

## AFFIDAVIT OF MAILING

HERMEIN BASKIN being first duly sworn on oath deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; that on the 1st day of August 2002, she MAILED a copy of

1. **NOTICE OF JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER**

2. **JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER**

to the individual names below.

Mark L. Rosenberg, Esq.
Attorney at Law
6917 Arlington Road, Suite 301
Bethesda, MD 20814

James E. Davidson, Esq.
Schottenstein, Zox & Dunn
The Huntington Center
41 South High Street
Suite 2600
Columbus, OH 43215-6106

Stanley Wojciechowski, Esq.
Assistant Attorney General
Office of the Attorney General
100 W. Randolph St., 12th Floor
Chicago, Illinois 60601

Barton Shapiro, Esq.
U.S. Department of Housing and
  Urban Development
Development, Office of General Counsel
451 7th Street, S.W., Room 9253
Washington, DC 20410-0500

_Hermein Baskin_

SUBSCRIBED AND SWORN TO before me this 1st day of August 2002

_Paula M. Gabriel_
NOTARY PUBLIC

"OFFICIAL SEAL"
Paula M. Gabriel
Notary Public, State of Illinois
My Commission Exp. 01/17/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>and )<br>)<br>STATE OF ILLINOIS, ex rel. )<br>Attorney General JAMES E. RYAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MERCANTILE MORTGAGE COMPANY, INC., )<br>an Illinois corporation, )<br>)<br>BRAN SILVEOUS, and RONALD NOBLE, )<br>individually and as officers of the )<br>corporation, )<br>)<br>Defendants. )<br>) | Civil Action No. 02C-5079 (RAG)<br><br>Judge Guzman |

### JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT AND ORDER

Plaintiffs, United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission and the Secretary of the Department of Housing and Urban Development, and the State of Illinois, and Defendants hereby request that this Court enter the Stipulated Final Judgment and Order ("Order"), a copy of which is attached to this motion. Plaintiffs filed the Stipulated Final Judgment and Order with this Court on July 18, 2002. All parties and their counsel have agreed to the terms of the Order, as evidenced by their signatures thereon. The parties believe that the entry of this Order would most efficiently further the ends of justice in this case. The parties further believe that the status conference

scheduled for August 14, 2002, at 9:30 a.m., is unnecessary and would cause the parties to incur needless expenses.

Dated: July 31, 2002

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

PATRICK J. FITZGERALD
United States Attorney
Northern District of Illinois

By: *(signed)*
Assistant United States Attorney
219 S. Dearborn Street, 5th floor
Chicago, IL 60604

FEDERAL TRADE COMMISSION

WILLIAM E. KOVACIC
General Counsel

*(signed)*
John A. Krebs, Attorney
Allison I. Brown, Attorney
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3224 (phone)
(202) 326-2558 (facsimile)

2

FOR THE STATE OF ILLINOIS:

JAMES E. RYAN
Attorney General of Illinois

*[signature]*

Charles G. Fergus, Chief, Consumer Fraud Bureau
Stanley Wojciechowski, Assistant Attorney General
Office of the Attorney General
100 W. Randolph Street
Chicago, IL 60601
(312) 814-8435 (phone)

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

RICHARD A. HAUSER
General Counsel

*[signature]*

John P. Kennedy, Associate General Counsel
Peter S. Race, Assistant General Counsel
Barton Shapiro, Attorney
Office of Program Compliance
Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

FOR DEFENDANTS:

*[signature]*

Mark L. Rosenberg
Attorney for Defendants
Mercantile Mortgage Company, Inc.
Bran Silveous
Ronald Noble
Law Offices of Mark L. Rosenberg
6917 Arlington Road, Suite 301
Bethesda, MD 20814
(301) 913-0077 (phone)
(301) 652-0223 (facsimile)

5